# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

140427

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　　　SC: 140427
　　　　　　　　　　　　　　　　　　　　COA: 285026
　　　　　　　　　　　　　　　　　　　　Wayne CC: 07-024034-FC

REGINALD JOHNSON,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the December 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

s0419